## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02306-BNB

MR. RALPH MERCADO,

    Plaintiff,

v.

MR. R. WILEY, Present Warden,
MR. R. HOOD, Pass [sic] Warden,
MR. J. ZUERCHER, Associat [sic] Warden,
MR. C. CHESTER, Associate Warden,
MR. M. BARBEE, Safety Specialist,
MR. R. BAUER, Health Services Administrator,
MR. CHUCK TURNER, Facilities, Manager,
MR. MARK MASER, Heating Ventilation A/C Foreman,
JOHN DOE #1, Unknown Facilities,
MR. J. WADAS, Correctional Officer,
MS. H. TRAPP, Nurse Practitioner,
MR. R. CURRIN, Correctional Officer,
MR. R. SMITH, Educational Officer,
MR. HARRELL WATTS, Central Office Administrator,
JOHN DOE #2, Unknown, and
UNKNOWN UNITED STATES ATTORNEY GENERAL UNDER THE FEDERAL
    TORT CLAIMS ACT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 1 2006

GREGORY C. LANGHAM
                 CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff Ralph Mercado's request for the return of the sixteen copies he contends he submitted of the complaint filed on November 15, 2005, is DENIED. The Court is not in receipt of such copies. However, the clerk of the Court will be directed to mail to Mr. Mercado, together with this minute order, one copy of the complaint with attachments filed on November 15 for Mr. Mercado's use in complying with the February 15, 2006, order for an amended complaint and to show cause. Plaintiff

continues to have thirty days from the date of the February 15 order in which to submit an amended complaint and to show cause as directed.

Dated: March 1, 2006

Copies of this **Minute Order, and a copy of the 11/15/05 Complaint** were mailed on March 1, 2006, to the following:

Ralph Mercado
Reg. No. 08045-021
ADX – Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk