**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02306-ZLW

MR. RALPH MERCADO,

    Plaintiff,

v.

MR. R. WILEY, Present Warden,
MR. R. HOOD, Pass [sic] Warden,
MR. J. ZUERCHER, Associat [sic] Warden,
MR. C. CHESTER, Associate Warden,
MR. M. BARBEE, Safety Specialist,
MR. R. BAUER, Health Services Administrator,
MR. CHUCK TURNER, Facilities, Manager,
MR. MARK MASER, Heating Ventilation A/C Foreman,
JOHN DOE #1, Unknown Facilities,
MR. J. WADAS, Correctional Officer,
MS. H. TRAPP, Nurse Practitioner,
MR. R. CURRIN, Correctional Officer,
MR. R. SMITH, Educational Officer,
MR. HARRELL WATTS, Central Office Administrator,
JOHN DOE #2, Unknown, and
UNKNOWN UNITED STATES ATTORNEY GENERAL UNDER THE FEDERAL
    TORT CLAIMS ACT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 18 2006

GREGORY C. LANGHAM
    CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The amended complaint and instant action were dismissed without prejudice on April 5, 2006, for failure to demonstrate exhaustion of each asserted claim through the Bureau of Prisons' three-step administrative grievance procedure. Plaintiff Ralph Mercado appealed from the dismissal on April 13, 2006. Because this action now is pending before the United States Court of Appeals for the Tenth Circuit, this Court lacks jurisdiction to consider any filings by Plaintiff in the instant action. Plaintiff's request for

a stay and abeyance filed with the Court on April 17, 2006, is inappropriate, will not be considered by the Court, and, therefore, is DENIED.

Dated: April 18, 2006

Copies of this Minute Order mailed on April 18, 2006, to the following:

Ralph Mercado
Reg. No. 08045-021
ADX – Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk