**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DF____ ___ ____

OCT 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02306-ZLW

MR. RALPH MERCADO,

      Plaintiff,

v.

MR. R. WILEY, Present Warden,
MR. R. HOOD, Pass [sic] Warden,
MR. J. ZUERCHER, Associat [sic] Warden,
MR. C. CHESTER, Associate Warden,
MR. M. BARBEE, Safety Specialist,
MR. R. BAUER, Health Services Administrator,
MR. CHUCK TURNER, Facilities, Manager,
MR. MARK MASER, Heating Ventilation A/C Foreman,
JOHN DOE #1, Unknown Facilities,
MR. J. WADAS, Correctional Officer,
MS. H. TRAPP, Nurse Practitioner,
MR. R. CURRIN, Correctional Officer,
MR. R. SMITH, Educational Officer,
MR. HARRELL WATTS, Central Office Administrator,
JOHN DOE #2, Unknown, and
UNKNOWN UNITED STATES ATTORNEY GENERAL UNDER THE FEDERAL
      TORT CLAIMS ACT,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      This matter is before the Court on the document titled "Stay-and-Abeyance" that Plaintiff Ralph Mercado submitted and the Court filed on October 11, 2006. The amended complaint and instant action were dismissed without prejudice on April 5, 2006, for failure to demonstrate exhaustion of each asserted claim through the Bureau of Prisons' three-step administrative grievance procedure. Plaintiff appealed from the dismissal on April 13, 2006. Because this action now is pending before the United States Court of Appeals for the Tenth Circuit, despite Plaintiff's belief to the contrary,

this Court lacks jurisdiction to consider any filings by Plaintiff in the instant action. Plaintiff's request for a stay and abeyance filed with the Court on October 11 is inappropriate and will not be considered by the Court.  Therefore, the request for a stay and abeyance is DENIED.

Dated:  October 12, 2006

Copies of this Minute Order mailed on October 12, 2006, to the following:

Ralph Mercado
Reg. No. 08045-021
ADX  – Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk