IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02306-ZLW

MR. RALPH MERCADO,

    Plaintiff,

v.

MR. R. WILEY, Present Warden,
MR. R. HOOD, Pass [sic] Warden,
MR. J. ZUERCHER, Associat [sic] Warden,
MR. C. CHESTER, Associate Warden,
MR. M. BARBEE, Safety Specialist,
MR. R. BAUER, Health Services Administrator,
MR. CHUCK TURNER, Facilities, Manager,
MR. MARK MASER, Heating Ventilation A/C Foreman,
JOHN DOE #1, Unknown Facilities,
MR. J. WADAS, Correctional Officer,
MS. H. TRAPP, Nurse Practitioner,
MR. R. CURRIN, Correctional Officer,
MR. R. SMITH, Educational Officer,
MR. HARRELL WATTS, Central Office Administrator,
JOHN DOE #2, Unknown, and
UNKNOWN UNITED STATES ATTORNEY GENERAL UNDER THE FEDERAL
    TORT CLAIMS ACT,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 5 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the document titled "Stay-and-Abeyance" that Plaintiff Ralph Mercado submitted and the Court filed on December 14, 2006. The amended complaint and instant action were dismissed without prejudice on April 5, 2006, for failure to demonstrate exhaustion of each asserted claim through the Bureau of Prisons' three-step administrative grievance procedure. Plaintiff appealed from the dismissal on April 13, 2006. On December 4, 2006, the United States Court of Appeals for the Tenth Circuit affirmed the dismissal, denied Mr. Mercado's motion for leniency, denied his motion for leave to proceed on appeal without prepayment of costs or fees, and ordered him to remit the full amount of the filing fee to this Court within thirty days. Therefore, the document titled "Stay-and-Abeyance" filed on December 14 is DENIED as moot.

Dated: December 15, 2006

Copies of this Minute Order mailed on December 15, 2006, to the following:

Ralph Mercado
Reg. No. 08045-021
ADX – Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk